Amelia Redlin et al., appellants, v. Alfred M. Rozanski et al., appellees. Gen. No. 34,952.

Opinion filed December 2, 1931.

George N. Kotin, for appellants; James B. Cashin, of counsel. Harry A. Fleck, for appellees.

Mr. Justice Friend delivered the opinion of the court.

M. Salk, appellee, v. Louis Bomash, appellant. Gen. No. 34,981.

Opinion filed December 2, 1931.

Eisendrath, Solomon & Borden, for appellant; David S. Eisendrath and Jerome L. Abrahams, of counsel. Morton A. Mergentheim, for appellee; Theodore Sharf and I. M. Auerbach, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Pearl Simon, appellee, v. City of Chicago et al., appellants. Gen. No. 34,990.

Opinion filed December 2, 1931.

Samuel A. Ettelson, Corporation Counsel, William D. Saltiel, City Attorney, and Robert G. Louis, Assistant City Attorney, for certain appellant; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. Irving G. Zazove, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Carl Ulbrich, appellee, v. Charles Ludwig et al., defendants, on interlocutory appeal of Solomon Goldberg and Anna Goldberg, his wife, appellants. Gen. No. 35,367.

Opinion filed December 2, 1931.

Edelson, Latter & Wise, for appellants; William N. Wise, of counsel. Charles Rudolph, for appellee; William Annan Taylor and Harold M. Goldstein, of counsel.

Mr. Justice Friend delivered the opinion of the court.